UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON



ENTERED
APR 20 2018
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

IN RE:

CELLULAR TELEPHONE ASSIGNED          CASE NO. 3:18-mj-00003
CALL NUMBER 480-206-9500

O R D E R

Upon consideration of the United States Motion to Unseal, it is hereby

**ORDERED** that the Application and Affidavit for a Search Warrant, the Search Warrant, Return and all attachments thereto in this case be unsealed.

ENTER: April 20, 2018

_____
HONORABLE CHERYL A. EIFERT
United States Magistrate Judge